IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and HOWARD McDOUGALL, as Trustee, | ) ) ) ) | |
| *Plaintiffs,* | ) ) | Case No. 11 CV 3773 |
| v. | ) ) | Judge Edmond E. Chang |
| JEFFERSON TRUCKING COMPANY, a Michigan corporation, | ) ) ) ) | Magistrate Judge Arlander Keys |
| *Defendant.* | ) | |

## AGREED MOTION FOR
## ENTRY OF CONSENT JUDGMENT

Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund ("Pension Fund") and Howard McDougall, Trustee, move this Court for the entry of a Consent Judgment and Permanent Injunction against the Defendant Jefferson Trucking Company ("Jefferson"). In support of this motion, the Pension Fund states as follows:

1. On June 3, 2011, the Pension Fund filed a complaint against Jefferson under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132(a)(3) and 1145, to collect unpaid pension contributions, and related interest and damages owed by Jefferson as well as injunctive relief.

2. On June 9, 2011, Jefferson was served with a copy of the complaint and summons.

3. Jefferson filed an Answer to the Complaint on August 4, 2011, and an Amended Answer on August 8, 2011.

4. The parties have Agreed upon the terms of a Consent Judgment and Permanent Injunction in the form attached hereto as Exhibit A.

5. Keith A. Schofner, attorney for Jefferson, has authorized the undersigned to represent that Jefferson agrees to the entry of the Consent Judgment and Permanent Injunction, and Mr. Schofner has signed the Consent Judgment and Permanent Injunction.

**WHEREFORE**, the Pension Fund and Howard McDougall, Trustee, request the entry of the Consent Judgment and Permanent Injunction in favor of the Pension Fund and Howard McDougall, and against Jefferson.

Respectfully submitted,

*Cathy L. Rath*

Cathy L. Rath
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Pension Fund
9377 West Higgins Road
Rosemont, Illinois 60018
(847) 518-9800, Ext. 2343

September 27, 2011

## CERTIFICATE OF SERVICE

I, Cathy L. Rath, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on September 27, 2011, I caused the foregoing Agreed Motion For Entry of Consent Judgment to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system. For all other parties, who are listed below, I served the foregoing Agreed Motion by mailing said documents via UPS Next Day Air to:

> Keith A. Schofner
> Lambert, Lesser, Isackson
> Cook & Guinta, P.C.
> 916 West Washington Street
> Suite 309
> Bay City, MI 48708

*Cathy L. Rath*
Cathy L. Rath
One of Central States' Attorneys